*Counsel of Record on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLEM MARAIS, | Case No. 2:15-CV-01384-DMG-AJW |
|---|---|
| Plaintiff, | PROTECTIVE ORDER PURSUANT TO STIPULATION |
| v. | Complaint filed in Los Angeles Superior Court: January 13, 2015 |
| WAL-MART STORES, INC., | Trial Date: None Set |
| Defendant. | |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

1  TARUN MEHTA, Bar No. 262886
   tmehta@littler.com
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard
4  Suite 600
   Walnut Creek, CA 94597
5  Telephone: 925.932.2468
   Facsimile: 925.946.9809
6

7  ELAINE H. LEE, Bar No. 294002
   elee@littler.com
8  LITTLER MENDELSON, P.C.
   2049 Century Park East
9  5th Floor
   Los Angeles, CA 90067
10 Telephone: 310.553.0308
   Facsimile: 310.553.5583
11

12 Attorneys for Defendant
   WAL-MART STORES, INC.
13

14 SABA ZAFAR, Bar No. 271963
   saba@playalaw.com
15 Playa Law Firm, APC
   1801 Century Park East, Suite 2400
16 Los Angeles, CA 90067
   Telephone: 888.975.2925
17 Facsimile: 310.807.4377

18
   Attorneys for Plaintiff
19 WILLEM MARAIS

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2.

1  Pursuant to Stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the provisions of the Stipulation for a Protective Order signed by counsel of record for all parties in the above-captioned matter filed on July 2, 2015 are adopted as the ORDER of this Court effective as of the date of this Order.

**SO ORDERED** this _10th__ day of November 2015.

_____
Hon. Andrew J. Wistrich
United States Magistrate Judge

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468